GEORGE MUSE CLOTHING CO., Objecting Creditor, Appellant, v. William E. RICHARDSON, Bankrupt, Appellee.

No. 6646.

Circuit Court of Appeals, Fifth Circuit.

Oct. 7, 1932.

Edwin McKigney Pearce and Houston White, both of Atlanta, Ga., for appellant.

Ralph H. Pharr, of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.